## A08A0473. JOHNSON v. THE STATE.
(686 SE2d 797)

MIKELL, Judge.
In *Johnson v. State*, 292 Ga. App. 752 (665 SE2d 431) (2008), we reversed Joshua Johnson's conviction for possessing more than one ounce of marijuana and remanded the case for a new trial. On certiorari, the Supreme Court reversed our ruling. *Johnson v. State*, 285 Ga. 571 (679 SE2d 340) (2009). Accordingly, our prior opinion is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed. Miller, C. J., Andrews, P. J., Johnson, P. J., Blackburn, P. J., Smith, P. J., Barnes, Ellington, Phipps, Adams, Bernes and Doyle, JJ., concur.*

---

[16] (Citations and punctuation omitted.) *Andrews v. State*, 275 Ga. App. 426, 429 (1) (620 SE2d 629) (2005).

DECIDED OCTOBER 28, 2009.

*Sean A. Black*, for appellant.

*Robert W. Lavender, District Attorney, Samuel C. Small, Adam C. Schroeder, Assistant District Attorneys*, for appellee.